```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

          JUN 23 2021

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT CUOMO,

    Defendant.

Case No.: 2:21-mj-00537-BNW

**ORDER APPOINTING COUNSEL**

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that JASON R. MARGOLIS, Esq. is hereby appointed to represent Defendant VINCENT CUOMO.

**IT IS FURTHER ORDERED** that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED this 23rd day of June 2021.
*Nunc Pro Tunc*: June 22nd, 2021

                                        /s/ Brenda Weksler
                                    BRENDA WEKSLER
                              UNITED STATES MAGISTRATE JUDGE